AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

F1 AIR, LLC

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

KAIZEN AVIATION, INC.

**05 11508 RCL**

TO: (Name and address of defendant)

Kaizen Aviation, Inc.
3517 Beauclerc Wood Lane
Jacksonville, FL  32257

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Halye A. Sugarman, Esq.
Hanify & King, P.C.
One Beacon Street
Boston, Massachusetts  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SA_____TON                                    7-18-05
CLERK                                                DATE



(BY) DEPUTY

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 8/3/05 |
| NAME OF SERVER (PRINT)<br>Halye A. Sugarman | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By certified mail, return receipt requested, addressed to the person to be served pursuant to Fed. R. Civ. P. 4(h)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/11/05
                Date

Signature of Server: *Halye Sugarman*

Address of Server: One Beacon Street, Boston, MA

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Mr. Harold Shafer
    Kaizen Aviation, Inc.
    3517 Beauclerc Wood Lane West
    Jacksonville, FL 32217

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☑ Agent  ☐ Addressee
B. Received by (Printed Name): William P. Mauldin
C. Date of Delivery: 8-3-05
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Postmark: JACKSONVILLE 32257-9999 AUG -- 2005]

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article (Transfer): 7004 2890 0000 5052 4963

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540