UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**F1 AIR, LLC**

**V.**                        CIVIL ACTION NO. 05-11508-RCL

**KAIZEN AVIATION, INC.**

## NOTICE OF DEFAULT

Upon application of the plaintiff, **F1 Air, LLC**, for order of Default for failure of the defendant, **Kaizen Aviation, Inc.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 12th day of September, 2005.

SARAH A. THORNTON, CLERK

By: /s/ Lisa M. Hourihan
September 12, 2005                Deputy Clerk