UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F1 AIR, LLC,              )<br>                           )<br>    Plaintiff,          )<br>                           )<br>v.                         )<br>                           )<br>KAIZEN AVIATION, INC.,     )<br>                           )<br>    Defendant.         )  | Civil Action No. 05-11508-RCL |

## CORPORATE DISCLOSURE STATEMENT OF KAIZEN AVIATION, INC.

Pursuant to Local Federal Rule of Civil Procedure 7.1(a), the defendant, Kaizen Aviation, Inc., states that it does not have any parent corporations and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

**KAIZEN AVIATION, INC.**

By its attorneys,

*/s/ Elizabeth Mitchell*
Ralph T. Lepore, III (BBO# 294420)
Elizabeth M. Mitchell (BBO# 638146)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700

Dated:  September 30, 2005

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing has been deposited in the U.S. Mail, first class postage prepaid on the 30th day of September 2005 addressed to:

David L. Evans, Esq.
HANIFY & KING
One Beacon Street, 21st Floor
Boston, MA 02108-3107

*Elizabeth Mitchell*
Elizabeth M. Mitchell

# 3268946_v1