UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F1 AIR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>KAIZEN AVIATION, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-11508-RCL<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 CERTIFICATION OF COUNSEL CONCERNING KAIZEN AVIATION, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Local Rule 7.1(a)(2), counsel for the defendant, Kaizen Aviation, Inc. ("Kaizen"), hereby certifies that in good faith it attempted to resolve or narrow the issue raised by Kaizen's Motion to Dismiss for Lack of Personal Jurisdiction, with counsel for the plaintiff, but was unable to do so.

Respectfully submitted,

**KAIZEN AVIATION, INC.**

By its attorneys,

*/s/ Elizabeth Mitchell*
Ralph T. Lepore, III (BBO# 294420)
Elizabeth M. Mitchell (BBO# 638146)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700

Dated: November 22, 2005

# 3401155_v1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 11.22.05
*/s/ Elizabeth Mitchell*