UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| F1 AIR, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAIZEN AVIATION, INC.,<br><br>Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-11508-RCL<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND ASSENTED TO MOTION FOR AN EXTENSION OF TIME**

Plaintiff F1 Air, LLC moves with the assent of Defendant Kaizen Aviation, Inc. for an extension of the time in which to serve and file its opposition to the defendant's motion to dismiss for lack of personal jurisdiction until December 30, 2005.  The Court granted the first motion for an extension of time on December 5, 2005.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| F1 AIR, LLC | KAIZEN AVIATION, INC. |
| By its attorneys, | By its attorneys, |
| s/David Lee Evans<br>David Lee Evans (BBO No. 156695)<br>Halye A. Sugarman (BBO No. 646773)<br>HANIFY & KING, P.C.<br>One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 423-0400 | s/Elizabeth M. Mitchell<br>Ralph T. Lepore, III (BBO No. 294420)<br>Elizabeth M. Mitchell (BBO No. 638146)<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, Massachusetts 02116<br>(617) 523-2700 |

Dated: December 20, 2005

*443187*