UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| F1 AIR, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-11508-RCL |
| KAIZEN AVIATION, INC., | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate and agree to the dismissal of all claims in the above entitled action of the plaintiff, F1 Air, LLC, against the defendant, Kaizen Aviation, Inc., with prejudice, without costs and with all rights of appeal waived.

| F1 AIR, LLC | KAIZEN AVIATION, INC. |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ David L. Evans | /s/ Elizabeth M. Mitchell |
| David L. Evans, Esq. (BBO #156695) | Ralph T. Lepore, III (BBO# 294420) |
| HANIFY & KING | Elizabeth M. Mitchell (BBO #638146) |
| One Beacon Street, 21st Floor | HOLLAND & KNIGHT LLP |
| Boston, MA 02108-3107 | 10 St. James Avenue |
| Telephone No. (617) 423-0400 | Boston, Massachusetts 02116 |
| | Telephone No. (617) 523-2700 |

Dated: March 31, 2006

# 3656747_v1